IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES BURKETT,**

**Plaintiff,**

**v.**

**EARL L. HENDERSON TRUCKING
COMPANY, a corporation, and JCR
LEASING, INC., a corporation,**

**Defendants.**                                              **No. 10-cv-998-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiff's motion to dismiss with prejudice (Doc. 74).  The parties have advised the Court that this matter has settled.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that dismissal is proper.  Accordingly, the Court **GRANTS** the dismissal and **DISMISSES with prejudice** plaintiff's case against the defendants.  The Court will close the file.

**IT IS SO ORDERED.**

Signed this 21st day of November, 2011.

David R. Herndon
2011.11.21
07:00:04 -06'00'

**Chief Judge
United States District Court**