IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES BURKETT,

    Plaintiff,

  -vs-

EARL L. HENDERSON TRUCKING
COMPANY, a corporation, and JCR
LEASING, INC., a corporation,

    Defendants.                  NO. 10-CV-998-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiff's motion to dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 21, 2011, this case is **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:      /s/*Sandy Pannier*
                              **Deputy Clerk**

Dated: November 22, 2011

David R. Herndon
2011.11.22
17:58:55 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT